[No. 10368–7–I. Division One. August 29, 1983.]

*In the Matter of* FRANCIS P. STARCZEWSKI.

Appeal from a judgment of the Superior Court for King County, No. 81–2–03704–6, Robert E. Dixon, J., entered April 14, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Williams, JJ.

[Nos. 10564–7–I; 10846–8–I. Division One. August 29, 1983.]

JUDY A. LITRAS, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant,* WESTERN ELECTRIC COMPANY, *Respondent.*

JUDY A. LITRAS, *Appellant,* v. MICHAEL L. HALL, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Thurston County, No. 81–2–00337–8, Hewitt A. Henry, J., entered July 23, 1981, and the Superior Court for King County, No. 81–2–03218–4, Frank L. Sullivan, J., entered July 6, 1981. Cause 81–2–00337–8 *affirmed*; cause 81–2–03218–4 *reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Williams, J.